JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENISE WHITE,<br><br>              Plaintiff,<br><br>    v.<br><br>NANCY A. BERRYHILL,  Acting<br>Commissioner of Social Security,[1]<br><br>          Defendant. | Case No.  EDCV-15-01198-VAP (KES)<br><br>**JUDGMENT** |

      Pursuant to the Court's Order Accepting Findings and Recommendations of the United States Magistrate Judge,

      IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is affirmed and this action is dismissed with prejudice.

DATED:  _March 29, 2017

_____

VIRGINIA A. PHILLIIPS

CHIEF UNITED STATES DISTRICT JUDGE

---

    [1] See Fed. R. Civ. P. 25(d) ("[W]hen a public officer who is a party in an official capacity dies, resigns, or otherwise ceases to hold office while the action is pending[,] … [t]he officer's successor is automatically substituted as a party.").